UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**NANETTE B DENNIG**     **CASE NO. 3:22-CV-01459**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**CITIBANK N A**     **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice [Doc. No. 18],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

MONROE, LOUISIANA, this 20th day of October 2022.

_____
Terry A. Doughty
United States District Judge